

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States of America,

                Plaintiff,             Criminal No. 22-cr-20613

v.

                                 Honorable David M. Lawson

Semaj Ayers,

                Defendant.

_____/

**F I L E D**

**NOV 17 2022**

CLERK'S OFFICE
U.S. DISTRICT COURT

### Defendant's Acknowledgment of Indictment

I, Semaj Ayers, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: Felon in Possession of a Firearm:** Up to 15 years imprisonment; not more than 3 years of supervised release; a $250,000 fine; and a mandatory special assessment of $100.[1]

Semaj Ayers
Defendant

Date: November 17, 2022

---

[1] Congress has recently increased the term of imprisonment penalty for violations of 18 U.S.C. § 922(g) from 10 years to 15 years by amending Section 924(a)(8). The new law applies to offenses committed on or after June 25, 2022.

<u>Acknowledgment of Defense Counsel</u>

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Samuel J. Churikian
Counsel for Defendant

Dated: November 17, 2022